# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

SENIORS' CLUB, L.L.C., A LOUISIANA
LIABILITY COMPANY, SENIOR'S CLUB ADHC AND
PCA CENTER (LOUISIANA MEDICAID PROVIDER
NO. 17259), SENIOR'S CLUB ADULT DAY HEALTH
(LOUISIANA MEDICAID PROVIDER NO. 56088),
SENIOR'S CLUB (LOUISIANA MEDICAID PROVIDER
NO. 11460), MRS. KAREN R. MCCOY, AND MR.
T.J. MCCOY, JR.

VERSUS

STATE OF LOUISIANA, THROUGH THE DEPARTMENT
OF HEALTH AND HOSPITALS; HON. KATHY H.
KLIEBERT, IN HER OFFICIAL CAPACITY AS
SECRETARY, LOUISIANA DEPARTMENT OF HEALTH
AND HOSPITALS

NO. 2020 CW 0252

APR 2 8 2020

---

In Re:  The State of Louisiana, through the Department of Health
        and Hospitals; Kathy Kliebert, in her official capacity
        as the former Secretary of the Louisiana Department of
        Health and Hospitals; Ruth Kennedy, in her official
        capacity as Medicaid Director of the Louisiana Department
        of Health and Hospitals; and Joseph Kopsa, in his official
        capacity as former Section Chief of Program of Integrity
        of the Louisiana Department of Health and Hospitals,
        applying for supervisory writs, 19th Judicial District
        Court, Parish of East Baton Rouge, No. 630,653

---

**BEFORE:  WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT NOT CONSIDERED.** The writ application fails to comply
with Rule 4-5(C)(8) and (9) of the Uniform Rules of Louisiana
Courts of Appeal. This application does not contain all pleadings
on which the judgment was founded as it does not include the
pleadings related to the Motion to Strike. It also does not
include the attachments to the Plaintiffs' opposition to the motion
for summary judgment.

Supplementation of this writ application and/or an
application for rehearing will not be considered. Uniform Rules
of Louisiana Courts of Appeal, Rules 4-9 & 2-18.7. In the event
relators seek to file a new application with this court, it must
contain all pertinent documentation and must comply with Rule 2-
12.2 of the Uniform Rules of Louisiana Courts of Appeal. Any new
application must be filed on or before May 28, 2020 and must
contain a copy of this ruling.

VGW
JMG
WJB

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.